DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARVIN PACE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2000

[February 25, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 50-2017-CF-009760 A.

Marvin Pace, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***